

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FIRST NBC COMMUNITY DEVELOPMENT, L.L.C. | * * * | CIVIL ACTION NO. 08-3674 |
| VERSUS | * * | SECTION " " |
| SOUTHERN TRACE BUILDERS, L.L.C., PATRICK T. BOSSETTA, HURRICANE HOMES, INC., YELLOW HAMMER BUILDING SYSTEMS, INC., JIM PEMBERTON, FORREST C. SIMPSON, AND CGH PARTNERS 2007, L.L.C. | * * * * * * | MAGISTRATE SECT C MAG 2 |

*****************************************

## COMPLAINT FOR INTERPLEADER AND INJUNCTION

NOW INTO COURT, through undersigned counsel, comes FIRST NBC COMMUNITY DEVELOPMENT, L.L.C. ("First NBC"), a Louisiana limited liability company with its principal place of business in the Parish of Orleans, State of Louisiana, which, avers as follows:

1.

NAMED DEFENDANT HEREIN is SOUTHERN TRACE BUILDERS, L.L.C. (Southern Trace"), a Louisiana limited liability company doing business in the Parish of Orleans, State of Louisiana.

2.

NAMED DEFENDANT HEREIN is PATRICK T. BOSSETTA ("Bossetta"), a person of the full age of majority and a resident of the State of Louisiana.

Fee $350.
Process____
X Dktd____
__ CtRmDep____
__ Doc. No____

3.

NAMED DEFENDANT HEREIN is HURRICANE HOMES, INC. ("Hurricane Homes"), on information and belief, a Mississippi corporation doing business in the State of Louisiana.

4.

NAMED DEFENDANT HEREIN is YELLOW HAMMER BUILDING SYSTEMS, INC. ("Yellow Hammer"), an Alabama corporation doing business in the State of Louisiana.

5.

NAMED DEFENDANT HEREIN is JIM PEMBERTON ("Pemberton"), a person of the full age of majority and a resident of the State of Alabama.

6.

NAMED DEFENDANT HEREIN is FORREST C. SIMPSON ("Simpson"), a person of the full age of majority and a resident of the State of Alabama.

7.

NAMED DEFENDANT HEREIN is CGH PARTNERS 2007, L.L.C. ("CGH"), a Louisiana limited liability company with its principal place of business in the Parish of Orleans, State of Louisiana.

8.

This Court has jurisdiction over this action pursuant to 28 U.S.C. §1335, 28 U.S.C. §2410(a)5 and 28 U.S.C. §2361 in that there are multiple adverse claimants satisfying the minimal diversity of citizenship requirements of Section 1335 and the amount at issue exceeds $500.

9.

This Court has venue over this action, which is an action which lies in the Eastern District of Louisiana, pursuant to 28 U.S.C. §1391 and 28 U.S.C. §1397.

10.

On or about September 5, 2007, First NBC contracted with Southern Trace and Bossetta to construct (2) two manufactured modular homes and to install same at 1513 Freret Street, and 2325 Terpsichore Street, respectively, in New Orleans, Louisiana, all for the stipulated sum of Two Hundred Twenty-two Thousand ($222,000.00) Dollars. A copy of the Standard Form of Agreement Between Owner and Contractor is attached hereto, made a part hereof, and marked for identification as Plaintiff's Exhibit "A".

11.

On or about September 27, 2007, Bossetta contracted with Hurricane Homes to manufacture the homes at its plant in Pascagoula, Mississippi, for the agreed upon base price of Sixty-Four Thousand Nine Hundred Ninety-nine ($64,999.00) Dollars, each, (tax and shipping included). A copy of this contract is attached hereto, made a part hereof, and marked for identification as Plaintiff's Exhibit "B".

12.

Subsequent to the execution of the contract described in Paragraph 11, above, and after having received payment, Hurricane Homes closed and abandoned its plant in Mississippi leaving the subject modular homes incomplete and only partially built.

13.

In early Spring, 2008, Bossetta, on information and belief, verbally engaged Simpson to arrange for another company to complete the modular homes that Hurricane Homes had started but not finished.

14.

On information and belief, shortly thereafter, Simpson contacted Yellow Hammer and verbally arranged to have the unfinished modular homes transported to Yellow Hammer's plant in Bay Minette, Alabama, for completion.

15.

There is a dispute as to the amount of money paid and owed to Yellow Hammer.

16.

Pemberton, acting either on his own or as agent for Yellow Hammer, has filed liens against the modular homes and against the immovable property located at the sites where the manufactured modular homes were to be installed and which immovable property is owned by CGH. Copies of the lien affidavits are attached hereto, in globo, made a part hereof, and marked for identification as Plaintiff's Exhibit "C".

17.

First NBC has already paid more than the contractual price of $222,000.00 for the manufactured modular homes described hereinabove. More than one of the above named defendants have made claims against First NBC and against each other. The separate claims made by these defendants may expose First NBC to double or multiple liability.

18.

First NBC seeks an injunction against Yellow Hammer and Pemberton ordering them, or either of them, to release to First NBC or its designee, free of any lien, the manufactured modular homes made subject of this action for Interpleader.

19.

The injunctive relief sought by First NBC is specifically authorized by 28 U.S.C. §2361 which provides with respect to interpleader in pertinent part that:

> "In any civil action of interpleader or in the nature of interpleader, under section 1335 of this title, a district court may issue its process for all claimants and **enter its order restraining them** from instituting or prosecuting any proceeding in any State or United States court affecting the property, instrument, or obligation involved in the interpleader action until further order of court."

While the Court must normally follow Rule 65 of the Federal Rules of Civil Procedure when issuing injunctions, that Rule specifically provides that it is NOT applicable when injunctive relief is sought pursuant to 28 U.S.C. §2361. Rule 65(e) of the Federal Rules of Civil Procedure provides in pertinent part:

> "These rules do not modify any statute of the United States relating to temporary restraining orders and preliminary injunctions in actions affecting...; or the provisions of Title 28, U.S.C. §2361, relating to preliminary injunctions in actions of interpleader or in the nature of interpleader".

Therefore, the requirements of Rule 65 do not apply to the relief sought by First NBC. Rather, this instant request for an injunction is governed by 28 U.S.C. §2361.

WHEREFORE, First NBC prays that this Court order as follows:

1. That First NBC be allowed to deposit a sum in the amount of the disputed liens, or the sum of Fifty-five Thousand Four Hundred Five and 96/100 ($55,405.96) Dollars, with the Clerk of this Court pursuant to Rule 67 of the Federal Rules of Civil Procedure;

2. That pursuant to 28 U.S.C. §2361 each of the defendants be restrained from instituting or prosecuting any proceeding against First NBC or each other for any claim made subject of this action for Interpleader;

3. That Yellow Hammer and/or Jim Pemberton immediately release to First NBC or its designee, free of any lien, the manufactured modular homes made subject of this action for Interpleader;

4. That Yellow Hammer and Jim Pemberton immediately cancel the liens described herein as well as any other liens which may have been filed which relate to the subject matter of this action for Interpleader;

5. That all parties to this Interpleader be required to interplead and settle among themselves their rights to the proceeds deposited into the registry of the Court;

6. That First NBC be awarded a counsel fee and its costs to be taxed; and

7. Any and all other relief to which Plaintiff may be entitled.

RESPECTFULLY SUBMITTED:

BY: _____
GREGORY J. ST. ANGELO, LSBA #24886
FIRST NBC BANK
210 BARONNE ST.
NEW ORLEANS, LA 70112
(504) 671-3899; FAX (504) 324-0429

*Attorney for First NBC Community Development, L.L.C.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FIRST NBC COMMUNITY DEVELOPMENT, L.L.C. | * * * | CIVIL ACTION NO. |
| | * | SECTION "    " |
| VERSUS | * * | MAGISTRATE |
| SOUTHERN TRACE BUILDERS, L.L.C., PATRICK T. BOSSETTA, HURRICANE HOMES, INC., YELLOW HAMMER BUILDING SYSTEMS, INC., JIM PEMBERTON, FORREST C. SIMPSON, AND CGH PARTNERS 2007, L.L.C. | * * * * * * | |

******************************************

## VERIFICATION AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

JONAH DOWLING

a person of the full age of majority who, after first being duly sworn by me, Notary, did depose and state:

Appearer is President of First NBC Community Development, L.L.C., the plaintiff in the foregoing complaint;

Appearer has read all of the allegations of fact contained in said petition, and to the best of appearer's knowledge, information, and belief, those allegations are true and correct.

_____
JONAH DOWLING

SWORN TO AND SUBSCRIBED
Before me, Notary, this 9 7h day
Of June, 2008.

_____
NOTARY PUBLIC